UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.  )<br>)<br>)<br>)<br>)<br>WILLIAM J. BELISE, )<br>    Defendant )<br>)<br>) | CRIMINAL NO. 05-30051<br><br>VIOLATIONS:<br><br>18 U.S.C. §2252(a)(4)(B)<br>Possession of Child<br>Pornography<br><br>18 U.S.C. §2253(a)<br>Criminal Forfeiture |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE:**   (18 U.S.C. § 2252(a)(4)(B)- Possession
Of Child Pornography)

Between on or about August 1, 2004 and November 12, 2004, at Monson, within the District of Massachusetts, and elsewhere,

**WILLIAM J. BELISLE**

defendant herein, did knowingly possess one or more matters containing visual depictions that had been mailed, shipped and transported in interstate or foreign commerce and which were produced using materials that were shipped and transported in interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>FORFEITURE ALLEGATIONS</u>

**18 U.S.C. § 2253(a) -- Criminal Forfeiture**

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant **WILLIAM J. BELISLE** shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on November 12, 2004.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Ariane D. Vuono
Assistant United States Attorney



DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on July 7, 2005. at 10:14 am

_____
DEPUTY CLERK OF THE COURT

3

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** 2    **Investigating Agency** FBI

**City** Monson    **Related Case Information:**

**County** Hampden    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    04mj681-KPN
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    William J. Belisle    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    18 Upper Palmer Road, Monson, MA

Birth date (Year only): _____    SSN (last 4 #): _____    Sex  M    Race: _____    Nationality: _____

**Defense Counsel if known:**    Joseph Bernard    **Address:** 73 State St., Springfield, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Ariane D. Vuono    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _July 7, 2005_    Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant    William J. Belisle

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 :2252(a)(4)(b) | Poss. of Child Pornography | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**