AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__  DISTRICT OF  __MASSACHUSETTS__

United States

v.

William J. Belisle

**APPEARANCE**

Case Number: 05-30051 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States

I certify that I am admitted to practice in this court.

Date _July 7, 2005_

Signature

_Ariane D. Vuono_    _545766_
Print Name           Bar Number

_1550 Main Street, Room 310_
Address

_Springfield_    _MA_    _01103_
City             State  Zip Code

_785-0235_       _785-0934_
Phone Number     Fax Number