# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM BELISLE

**NOTICE**

CASE NUMBER: 05-30051-MAP

TYPE OF CASE:
☐ CIVIL    ☒ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | August 1, 2005 at 2:30 p.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT
* Counsel and Defendant shall make arrangements with Pretrial Services for an interview, *
* to be scheduled prior to the date of the hearing. *

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 7, 2005
DATE

/s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO:   All counsel of record