AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  William Belisle

Date: 8/4/05

Signature

Print Name: Joseph Bernard

Address: 73 State St

City: Spfld  State: MA  Zip Code: 01103

Phone Number: 413 731 9995