UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30051-MAP |
| | ) | |
| | ) | |
| WILLIAM BELISLE, | ) | |
|      Defendant | ) | |

ORDER PURSUANT TO 18 U.S.C. § 3006A(f)
August 9, 2005

NEIMAN, U.S.M.J.

The court has found that William Belisle ("Defendant") is presently unable to directly pay the costs required to retain counsel. Accordingly, the court has directed the clerk's office to appoint counsel to represent him pursuant to 18 U.S.C. § 3006A.

However, the court further finds that Defendant has sufficient resources and income from which he can make payments towards a fund that will ultimately be used to partially compensate appointed counsel. Accordingly, pursuant to 18 U.S.C. § 3006A(f), the court hereby orders as follows:

1. By September 1, 2005, Defendant is ordered to open an account at a Massachusetts bank in his own name and to report to the clerk's office by telephone before the close of business on that date, the name of the bank and the account number. The opening deposit to be made into the account will be $500.

2. On or about the first day of each month thereafter, Defendant is ordered to deposit an additional $250 in this account until the case is concluded. Defendant is further ordered not to withdraw, or cause to be withdrawn, any funds from the account absent the court's permission.

Failure to comply with any portion of this order may result in revocation of the court's appointment of counsel.

      IT IS SO ORDERED.

DATE:   August 9, 2005

                                            /s/ Kenneth P. Neiman  
                                        KENNETH P. NEIMAN  
                                        U.S. Magistrate Judge