UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 05-30051-MAP |
| ) | |
| WILLIAM BELISLE,         ) | |
| Defendant.               ) | |

THE PARTIES' JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Joseph Bernard, attorney for the defendant, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. The parties state that this is not a complex case and therefore the timing requirements imposed by Local Rule 116.3 should be followed.

2. The government anticipates that the defendant will request discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E). The government requests reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). Accordingly, it is appropriate for the Court to establish dates for response by the parties. There are no outstanding discovery requests at this

time.

3. The parties believe that there will be additional discovery to be provided as a result of the future receipt of information, documents, or reports of examinations or tests.

4. The parties state that a motion date should be established under Fed.R.Crim.P. 12(c).

5. The parties state that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6. The parties state that it is likely the Defendant will enter a change of plea, however, plea negotiations have not yet been finalized.

7. The parties state that it is appropriate to establish a final status conference at this time.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: *[signature]*
                                      Ariane D. Vuono
                                      Assistant U.S. Attorney

Dated: September 19, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          September 20, 2005

   I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax to Joseph Bernard, 73 State Street, Springfield, MA 01103.

                                          _____
                                          Ariane D. Vuono
                                          Assistant U.S. Attorney