# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30051-MAP |
| | ) | |
| | ) | |
| WILLIAM BELISLE, | ) | |
| Defendant | ) | |

## INTERIM SCHEDULING ORDER
September 22, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1.     A final status conference will be held on October 14, 2005, at 11:00 a.m. in Courtroom III.

2.     On or before the close of business, October 12, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge