UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CRIMINAL NO. 05-30051-MAP<br>)<br>) |
| WILLIAM BELISLE, | )<br>) |
| Defendant. | ) |

### THE GOVERNMENT'S AND THE DEFENDANT'S FINAL STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Ariane D. Vuono, Assistant United States Attorney, and Joseph Bernard, counsel for the defendant, hereby submit the following final status report pursuant to Local Rule 116.5(A).

1. The defendant reports that he intends to enter a change of plea. Accordingly, the parties agree that a change of plea date should be established.

2. The parties further agree that the time from the last status conference through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3) request that the Court issue

an order so indicating.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:      /s/ Ariane D. Vuono
                                        Ariane D. Vuono
                                        Assistant U.S. Attorney

                                        /s/ Joseph Bernard
                                        Joseph Bernard
                                        Counsel for William Belisle

Dated: October 14, 2005