UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30051-MAP |
| | ) | |
| WILLIAM BELISLE, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
October 14, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference this day and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendant intends to change his plea. A Rule 11 hearing has been scheduled for November 14, 2005 at 2:00 p.m. in Courtroom I.

3. The parties report and the court finds that no time has run on the Speedy Trial clock to date. An Order of Excludable Delay will issue.

4. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge