UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 05-cr-30051-MAP |
| WILLIAM BELISLE ) | |

**MOTION TO CHANGE PRE-TRIAL CONDITIONS**

The Defendant, William Belisle, specifically requests permission to attend upcoming family functions where individual family members, under the age of seventeen (17), will be present. The Defendant has attached an affidavit in support.

Respectfully Submitted
William Belisle
By His Attorney,

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995

Date:   October 24, 2005                    BBO#:  557986

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO.: |
| v. | ) | 05-cr-30051-MAP |
| | ) | |
| WILLIAM BELISLE | ) | |

### AFFIDAVIT

1. I, Linda Belisle, reside at 18 Upper Palmer Road, Monson, MA, with my husband, William Belisle.

2. I am aware of the nature and circumstances of my husband's pending case in the Federal District Court.

3. Due to the nature of my husband's case he was ordered by the court to remain away from minor children under the age of seventeen (17) as part of his pretrial release.

4. With the upcoming holiday season, our family has many different functions scheduled with relatives. It is my hope and desire to maintain these functions on their scheduled dates. I accept responsibility for being present with my husband William Belisle if the court were to permit William and myself to attend the family functions that will have individuals under the age of seventeen (17) present.

5. I accept responsibility for my husband, William Belisle, remaining in my presence at all times during these family gatherings. I further state that I will report any conduct that is not consistent with the terms of his release.

Signed under the pains and penalties of perjury this __21__ day of October 2005.

_____
Linda Belisle

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO.: |
| ) | 05-cr-30051-MAP |
| WILLIAM BELISLE ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing Motion was delivered, by HAND, this 24th day of October, 2005 on:

Assistant United States Attorney Ariane D. Vuono
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

                                        Joseph D. Bernard /djr
                                        Joseph D. Bernard
                                        The Law Offices of Joseph D. Bernard, P.C.
                                        73 State Street, Suite 301
                                        Springfield, MA 01103
                                        (413) 731-9995
Date:   October 24, 2005                BBO#: 557986