# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES

**v.**   **APPEARANCE**

WILLIAM BELISLE

Case Number: CR-05-30051-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/2006 | /s/ Thomas J. O'Connor, Jr. |
| Date | Signature |
| | Thomas J. O'Connor, Jr.     640433 |
| | Print Name                               Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield          MA     01103 |
| | City                  State         Zip Code |
| | 413-785-0395       413-785-0394 |
| | Phone Number                         Fax Number |