UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30051-MAP |
| | ) |
| WILLIAM BELISLE | ) |

## MOTION FOR DOWNWARD DEPARTURE

Now comes, William Belisle, in the above-entitled matter and respectfully moves this Honorable Court for a Downward Departure. In support thereof, William Belisle, states that such a downward departure is warranted for the following reasons:

1. When taking into account the totality of circumstances in this matter, a downward departure in warranted under U.S.S.G. 5K2.0 and Koon v. United States, 518 U.S. 81 (1996); and

2. Alternatively, the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005) which rendered the guidelines advisory, the sentencing factors listed in 18 U.S.C. § 3553(a), and the totality of circumstances surrounding Mr. Belisle in this matter make a sentence of twenty-four (24) months proper and just.

Respectfully Submitted,
William Belisle
By His Attorney:

Joseph D. Bernard /djr
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647
BBO#: 557986

Date:   February 21, 2006