UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.    ) <br> ) <br> WILLIAM BELISLE,    ) <br> ) <br>    Defendant.    ) <br> ) | CRIM. NO. 05-30051-MAP |

GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION NO. 4

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits the attached copies of child pornographic images depicting "sadistic or masochistic conduct or other depictions of violence" in response to the defendant's objection to a 4-level enhancement to his offense level under U.S.S.G. § 2G2.2(b)(4) and in support of that enhancement.

The government hereby requests that the Court accept the attached copies of those images under seal. The government states that copies of these images have been made available to the defendant and defense counsel for review.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: February 22, 2006

1

**CERTIFICATE OF SERVICE**

I, Thomas J. O'Connor, Jr., Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax to defendants' counsel:

Joseph D. Bernard, Esq.
73 State Street, Ste. 301
Springfield, MA 01103
Fax: 413-730-6647

_____
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

Dated: February 22, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.