UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30051-MAP |
| | ) |
| WILLIAM BELISLE | ) |

## MOTION FOR EXTENSION OF STAY OF EXECUTION

The Defendant, William Belisle, moves this honorable court for a thirty (30) day extension of his Stay of Execution. As reasons therefore, the Defendant has attached an affidavit in support.

Respectfully Submitted,
William Belisle
By His Attorney:

_____
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax
BBO#: 557986

Date:   March 15, 2006