UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30051-MAP |
| | ) |
| WILLIAM BELISLE | ) |

**AFFIDAVIT IN SUPPORT OF THE DEFENDANT'S MOTION FOR EXTENSION OF STAY OF EXECUTION**

Under oath I depose and state:

1. Upon information and belief, Mr. Belisle is in the process of refinancing his home in an attempt to lessen the financial hardship for his wife and family during his period of incarceration. As stated in the Pre-Sentence Report, there was an enormous Internal Revenue Service debt in the amount of thirty-eight thousand two hundred and eighty eight dollars and 47/100 ($38,288.47). In order to pay all debts including, but not limited to the Internal Revenue Service, Mr. Belisle was able to secure some financing, but the closing was moved to March 15, 2006.

2. Unfortunately, based upon the length of period of incarceration the refinancing of the house will not provide the necessary moneys to supply his wife with the needed security.

3. Upon information and belief, Mr. Belisle is in the process of finishing an addition on his home in order for his wife to obtain "borders" and additional income while Mr. Belisle is incarcerated. Some of the refinancing will be available for Mr. Belisle to purchase material for the addition on his home. Much of the work is being performed by Mr. Belisle as he is a licensed contractor. Some of the other tasks are being performed by friends in the trade who are only requesting that the materials be purchased. Mr. Belisle's friends have rallied around him and are donating their services to complete the addition. With the assistance of his friends and his own manual labor Mr. Belisle expects this project to be completed on or before April 22, 2006.

4. Hence, it is Mr. Belisle's request to have the stay of execution extended by one (1) month to on or after April 22, 2006.

5. Mr. Belisle's current Stay of Execution is set to expire on March 24, 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: March 15, 2006

_____
Joseph D. Bernard

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30051-MAP |
| | ) |
| WILLIAM BELISLE | ) |

**CERTIFICATE OF SERVICE**

    I, Joseph D. Bernard, hereby certify that a true copy of the foregoing Motion for Extension of Stay of Execution and Affidavit in Support was served upon the United States Attorney's Office, Federal Building and Courthouse, 1550 Main Street, Springfield, MA by HAND DELIVERY on the date hereof.

 

                                                                            _____
                                                                            Joseph D. Bernard
                                                                            The Law Offices of Joseph D. Bernard, P.C.
                                                                            73 State Street, Suite 301
                                                                            Springfield, MA 01103
                                                                            (413) 731-9995
                                                                            (413) 730-6647 fax
Date:   March 15, 2006                          BBO#: 557986